IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. G. TURNER,

    Petitioner,               No. 2:13-cv-1160 AC P

    vs.

PAUL RICHARDSON, et al.,

    Respondent.          ORDER

                               /

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. By Order (ECF No. 4), filed on June 14, 2013, the petition was dismissed with leave to amend. Therefore, in the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's June 20, 2013, request
2 for appointment of counsel (ECF No. 5) is denied without prejudice to a renewal of the motion at
3 a later stage of the proceedings.

4 DATED: July 11, 2013

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

AC:009/kly
turn1160.110